UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Sellas Life Sciences Group, Inc., et al.,

            Plaintiffs,

–v–

John Doe,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22

21-cv-6014 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in this case is scheduled for March 25, 2022, at 3:15 p.m. The parties and members of the public may access the conference at that time by dialing (888) 363-4749 and entering access code 9196964.

    The Court ordered the parties to submit a proposed case management plan and joint letter, as described in docket number 8, within seven days prior to the conference. Dkt. No. 14. The Court is not in receipt of either filing. The parties are therefore ORDERED to submit a case management plan and joint letter by March 23, 2022.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge