UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/22
```

Sellas Life Sciences Group, Inc., et al.,

        Plaintiffs,

–v–

John Doe,

        Defendant.

21-cv-6014 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for March 25, 2022, is ADJOURNED sine die. The Court will, by separate order, refer the parties to the Magistrate Judge to proceed under general pretrial authority.

    SO ORDERED.

Dated: March 24, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge