```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SELLAS LIFE SCIENCES GROUP, INC. and    :    21cv6014 (DLC)
DR. ANGELOS M. STERGIOU,                :
                                        :         ORDER
                        Plaintiffs,     :
                                        :
                -v-                     :
                                        :
JOHN DOE,                               :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On March 24, 2022 the above captioned case was referred to Magistrate Judge Jennifer E. Willis for general pretrial purposes. Accordingly, it is hereby

    ORDERED that the general pretrial referral is vacated.

    IT IS FURTHER ORDERED that the plaintiffs shall file a status letter no later than **April 20, 2022**, describing attempts to identify and serve the defendant.

Dated:    New York, New York
            April 15, 2022

                                                  _____
                                                    DENISE COTE
                                          United States District Judge